## 9070. WHIDBY v. THE STATE.

BLOODWORTH, J. 1. "A motion for a mistrial was not the appropriate remedy when, upon a poll of the jury, the party against whom the verdict was rendered contended that it appeared from the answers of one of the jurors that it was not his verdict." *Macon Railway &c. Co.* v. *Barnes,* 121 *Ga.* 444 (49 S. E. 282).

2. The court did not err in refusing to sanction the certiorari.

> *Judgment affirmed. Broyles, P. J., and Harwell, J., concur.*
> DECIDED OCTOBER 31, 1917.

Petition for certiorari; from Jones superior court—Judge Park. May 15, 1917.

*J. A. Henderson,* for plaintiff in error.

*Doyle Campbell, solicitor-general,* contra.